UNITED STATES DISTRICT COURT - NDNY

COURT ORDERED QUESTIONNAIRE

U.S.A. vs. JONATHAN BAKER, et al.          CASE NO.: 5:05-CR-529 (DNH)

Each attorney is required to submit the following information on behalf of his client for use by the assigned Judge during voir dire and **must be filed with the Court seven (7) days in advance of the scheduled final pretrial conference date.**

NAMES AND ADDRESSES OF ALL DEFENDANTS ON TRIAL.
DEFENSE COUNSEL'S FIRM NAME, ADDRESS AND THE NAME OF ANY PARTNER OR ASSOCIATE WHO MAY BE AT COUNSEL TABLE DURING THE COURSE OF THE TRIAL.

| | |
|---|---|
| Jonathan Baker | J. Scott Porter, Esq.<br>One Park Place<br>300 S. State Street<br>Syracuse, New York 13202 |
| George Fuller | Kenneth Moynihan, Esq.<br>120 E. Washington Street<br>Syracuse, New York 13202 |
| Kelvin Minott | James K. Weeks, Esq.<br>8025 Summerview Drive, Ste 100<br>Fayetteville, NY 13066 |

U.S. ATTORNEY'S NAME AND OFFICE ADDRESS.
NAMES AND BUSINESS ADDRESS OF ANY CASE AGENT OR OTHER GOVERNMENT REPRESENTATIVE WHO WILL SIT AT COUNSEL TABLE.

| | |
|---|---|
| Lisa M. Fletcher<br>Assistant U.S. Attorney<br>100 S. Clinton Street<br>Syracuse, New York 13261-7198 | SA Anthony Fitzgerald<br>FBI<br>1634 Genesee Street<br>Utica, New York 13502 |

| | |
|---|---|
| Ransom P. Reynolds | Inv. Gerald Azzarito |
| Assistant U.S. Attorney | Utica Police Department |
| 100 S. Clinton Street | 413 Oriskany Street West |
| Syracuse, New York 13261-7198 | Utica, New York 13502 |

SET FORTH THE DATE OF EACH ALLEGED CRIMINAL OFFENSE, THE PLACE OF THE OFFENSE, AND A BRIEF STATEMENT OF THE EVENTS CENTRAL TO THE CHARGES OF EACH COUNT IN THE INDICTMENT.

Count 1: From in or about 2004, and continuing thereafter through on or about August 9, 2005, in Oneida County, in the Northern District of New York, the defendants conspired to posses with intent to distribute and distributed cocaine and cocaine base (crack).

Count 17: On or about June 23, 2005, in Oneida County, New York, the defendant, Jonathan Baker, did possess with intent to distribute cocaine base (crack).

Count 18: On or about June 29, 2005, in Oneida County, New York, the defendant, Jonathan Baker, did possess with intent to distibute cocaine base (crack).

Count 19: On or about June 30, 2005, in Oneida County, New York, the defendant, Jonathan Baker, did possess with intent to distibute cocaine base (crack).

Count 20: On or about July 1, 2005, in Oneida County, New York, the defendant did, Jonathan Baker, possess with intent to distibute cocaine base (crack).

Count 21: On or about July 1, 2005, in Oneida County, New York, the defendant did, Jonathan Baker, possess with intent to distibute cocaine base (crack).

Count 22: On or about July 1, 2005, in Oneida County, New York, the defendant did, Jonathan Baker, possess with intent to distibute cocaine base (crack).

Count 23: On or about July 1, 2005, in Oneida County, New York, the defendant did, Jonathan Baker, possess with intent to distibute cocaine base (crack).

Count 24: On or about July 1, 2005, in Oneida County, New York, the defendant did, Jonathan Baker, possess with intent to distibute cocaine base (crack).

Count 37: On or about June 22, 2005, in Oneida County, New York, the defendant, George Fuller, did possess with intent to distibute cocaine base (crack).

Count 38: On or about July 1, 2005, in Oneida County, New York, the defendant, George Fuller, did possess with intent to distibute cocaine base (crack).

Count 41: On or about August 2, 2005, in Oneida County, New York, the defendant, Kelvin Minott, did possess with intent to distibute cocaine base (crack).

SET FORTH THE NAMES AND ADDRESSES OF ALL LAY WITNESSES TO BE CALLED.

    FBI SA Anthony Fitzgerald
    Inv. Gerald Azzarito, Utica Police Department/Oneida County Drug Task Force
    Inv. Brad Pietryka, New Hartford Police Department/Oneida County Drug Task Force
    Inv. Thomas Yoxall, Rome Police Department/Oneida County Drug Task Force
    Inv. Michael Yoxall, Rome Police Department
    Inv. Frederick Robenski, Rome Police Department/Oneida County Drug Task Force
    Inv. Michael Tartaglia, Utica Police Department/Oneida County Drug Task Force
    Officer Jeffrey Race, Rome Police Department

| | |
|---|---|
| Dwayne Bowen | Utica, NY |
| Jeffrey Winters | Utica, NY |
| Sandra Willis | (incarcerated) |
| Mark Ramsey | (incarcerated) |
| Juan Breton | (incarcerated) |

SET FORTH THE NAMES AND ADDRESSES OF ALL EXPERT WITNESSES TO BE CALLED GIVING A BRIEF DESCRIPTION OF THEIR AREA OF EXPERTISE.

    FBI SA Anthony Fitzgerald, Utica, New York - an expert in the area of narcotics crimes, including, but not limited to, the use of cellular telephones and pagers in a narcotics enterprise, explanations of codes commonly used in the drug trade, including coded conversations intercepted by the wiretap investigation, physical evidence seized, and a review of the sale prices of crack cocaine and powder cocaine, wholesale and retail, at the time of the crimes charged in the Indictment.

    FBI Patois Translator Gloria Clarke - an expert regarding the transcription and translation of Patois (Jamaican dialect) of intercepted calls.

    Forensic Chemist Brian O'Rourke, DEA Northeast Regional Laboratory, New York, New York - testing, analyses and results of laboratory testing on controlled substances.

SET FORTH A BRIEF DESCRIPTION OF EACH AND EVERY COUNT IN THE INDICTMENT:

Count 1:    From in or about 2004, and continuing thereafter through on or about August 9, 2005, in Oneida County, in the Northern District of New York, the defendants conspired to posses with intent to distribute and distributed cocaine and cocaine base (crack).

|  |  |
|---|---|
|  | The quantity of the mixture and substance containing a detectable amount of cocaine base (crack) involved in the conspiracy was 50 or more grams; thus, the defendants are subject to the penalties prescribed by Title 21, United States Code, Section 841 (b)(1)(A). |
| Count 17: | On or about June 23, 2005, in Oneida County, New York, the defendant, Jonathan Baker, did possess with intent to distribute cocaine base (crack). |
| Count 18: | On or about June 29, 2005, in Oneida County, New York, the defendant, Jonathan Baker, did possess with intent to distibute cocaine base (crack). |
| Count 19: | On or about June 30, 2005, in Oneida County, New York, the defendant, Jonathan Baker, did possess with intent to distibute cocaine base (crack). |
| Count 20: | On or about July 1, 2005, in Oneida County, New York, the defendant did, Jonathan Baker, possess with intent to distibute cocaine base (crack). |
| Count 21: | On or about July 1, 2005, in Oneida County, New York, the defendant did, Jonathan Baker, possess with intent to distibute cocaine base (crack). |
| Count 22: | On or about July 1, 2005, in Oneida County, New York, the defendant did, Jonathan Baker, possess with intent to distibute cocaine base (crack). |
| Count 23: | On or about July 1, 2005, in Oneida County, New York, the defendant did, Jonathan Baker, possess with intent to distibute cocaine base (crack). |
| Count 24: | On or about July 1, 2005, in Oneida County, New York, the defendant did, Jonathan Baker, possess with intent to distibute cocaine base (crack). |
| Count 37: | On or about June 22, 2005, in Oneida County, New York, the defendant, George Fuller, did possess with intent to distibute cocaine base (crack). |
| Count 38: | On or about July 1, 2005, in Oneida County, New York, the defendant, George Fuller, did possess with intent to distibute cocaine base (crack). |
| Count 41: | On or about August 2, 2005, in Oneida County, New York, the defendant, Kelvin Minott, did possess with intent to distibute cocaine base (crack). |

In addition, the Indictment contains Forfeiture Allegations.

SET FORTH A BRIEF DESCRIPTION OF EACH AND EVERY AFFIRMATIVE DEFENSE ASSERTED.

None.

PLEASE TAKE NOTICE that any delay in jury selection occasioned by the failure to provide this information will be explained to the jury as to the extent of the delay and the attorney causing same and if the delay causes a one day or more postponement of the trial, appropriate monetary sanctions will be imposed by the Court.

Date: October 4, 2006            /s/_____
                                 AUSA Lisa Marie Fletcher
                                 Bar Roll Number 510187