IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF NEW YORK

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

UNITED STATES OF AMERICA,

                                                                             Criminal Number
      v.                                                         05-CR-529 (DNH)

JONATHAN BAKER,
     aka   "JB"
GEORGE FULLER,
     aka   "Shawn Bowen", and
KELVIN MINOTT,
     aka   "Slim",

                                        Defendants.
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**UNITED STATES' VERDICT FORM**

Dated: October 4, 2006                      Respectfully submitted,
                                                  GLENN T. SUDDABY
                                                  United States Attorney

                                          By:  */s/*
                                                  Lisa Marie Fletcher
                                                  Assistant U.S. Attorney
                                                  Bar Roll No. 510187

We, the jury, unanimously find as follows:

### COUNT 1
Conspiracy to possess with intent to distribute or distribute cocaine base (crack):

**JONATHAN BAKER**                              _____        _____
                                                 Guilty          Not Guilty

IF YOUR VERDICT IS GUILTY, do you unanimously agree that the quantity of a mixture or substance containing a detectable amount of cocaine base (crack) that is attributable to **defendant JONATHAN BAKER** was:

**(Check only the highest amount unanimously found:)**

____   At least 500 grams

____   At least 150 grams, but less than 500 grams

____   At least 50 grams, but less than 150 grams

____   At least 35 grams, but less than 50 grams

____   At least 20 grams, but less than 35 grams

____   At least 5 grams, but less than 20 grams

____   At least 3 grams, but less than 4 grams


**GEORGE FULLER**                               _____        _____
                                                 Guilty          Not Guilty

IF YOUR VERDICT IS GUILTY, do you unanimously agree that the quantity of a mixture or substance containing a detectable amount of cocaine base (crack) that is attributable to **defendant GEORGE FULLER** was:

**(Check only the highest amount unanimously found:)**

____   At least 500 grams

____   At least 150 grams, but less than 500 grams

____   At least 50 grams, but less than 150 grams

____   At least 35 grams, but less than 50 grams

____   At least 20 grams, but less than 35 grams

____   At least 5 grams, but less than 20 grams

____   At least 3 grams, but less than 4 grams


**KELVIN MINOTT**

_____     _____
Guilty           Not Guilty

IF YOUR VERDICT IS GUILTY, do you unanimously agree that the quantity of a mixture or substance containing a detectable amount of cocaine base (crack) that is attributable to **defendant KELVIN MINOTT** was:

**(Check only the highest amount unanimously found:)**

____   At least 500 grams

____   At least 150 grams, but less than 500 grams

____   At least 50 grams, but less than 150 grams

____   At least 35 grams, but less than 50 grams

____   At least 20 grams, but less than 35 grams

____   At least 5 grams, but less than 20 grams

____   At least 3 grams, but less than 4 grams


**COUNT 17**
Possession with intent to distribute cocaine base (crack):
(On or about June 23, 2005)

**JONATHAN BAKER**

_____     _____
Guilty           Not Guilty

**COUNT 18**
Possession with intent to distribute cocaine base (crack):
(On or about June 29, 2005)

**JONATHAN BAKER**

_____          _____
Guilty                              Not Guilty


**COUNT 19**
Possession with intent to distribute cocaine base (crack):
(On or about June 30, 2005)

**JONATHAN BAKER**

_____          _____
Guilty                              Not Guilty


**COUNT 20**
Possession with intent to distribute cocaine base (crack):
(On or about July 1, 2005 at on or about 11:42 am)

**JONATHAN BAKER**

_____          _____
Guilty                              Not Guilty


**COUNT 21**
Possession with intent to distribute cocaine base (crack):
(On or about July 1, 2005, at on or about 1:44 pm)

**JONATHAN BAKER**

_____          _____
Guilty                              Not Guilty

**COUNT 22**
Possession with intent to distribute cocaine base (crack):
(On or about July 1, 2005 at on or about 2:54 pm)

**JONATHAN BAKER**

_____          _____
Guilty                           Not Guilty


**COUNT 23**
Possession with intent to distribute cocaine base (crack):
(On or about July 1, 2005 at on or about 3:35 pm)

**JONATHAN BAKER**

_____          _____
Guilty                           Not Guilty


**COUNT 24**
Possession with intent to distribute cocaine base (crack):
(On or about July 9, 2005)

**JONATHAN BAKER**

_____          _____
Guilty                           Not Guilty


**COUNT 37**
Possession with intent to distribute cocaine base (crack):
(On or about June 22, 2005)

**GEORGE FULLER**

_____          _____
Guilty                           Not Guilty

### COUNT 38
Possession with intent to distribute cocaine base (crack):
(On or about July 1, 2005)

### GEORGE FULLER

_____          _____
Guilty                   Not Guilty


### COUNT 41
Possession with intent to distribute cocaine base (crack):
(On or about August 2, 2005)

### KELVIN MINOTT

_____          _____
Guilty                   Not Guilty


**SIGN AND DATE THE VERDICT SHEET AND REPORT YOUR VERDICT TO THE MARSHAL.**

So say we all,

_____          Dated: _____
Foreperson